FILED

03/22/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION
OF LUKAS DAVID O'DOWD

FILE

MAR 2 2 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

    Lukas David O'Dowd has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of O'Dowd's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule VII.A.9, Rules of Admission.

    O'Dowd passed the MPRE in 2010 when seeking admission to the practice of law in the State of Idaho. The petition states that O'Dowd has been practicing law "without ethical or disciplinary issues" since 2010. Good cause appearing,

    IT IS HEREBY ORDERED that the petition of Lukas David O'Dowd to waive the three-year test requirement for the MPRE for purposes of O'Dowd's current application for admission by motion to the State Bar of Montana is GRANTED.

    The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

    DATED this 22nd day of March, 2022.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices